# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Frank Enrique Lleras,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17-cv-00347-RJC |
| | ) | 3:15-cr-00286-RJC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2019 Order.

July 1, 2019

Frank G. Johns, Clerk
United States District Court